Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiffs*
*E-Hose Technologies LLC and*
*PhD Marketing, Inc.*

JS-6
NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E-HOSE TECHNOLOGIES LLC, a California Limited Liability Company; and PhD MARKETING, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>VAPOR AND COMPANY LLC, a Florida Limited Liability Company; and DOES 1-10, inclusive,<br><br>Defendant. | CASE NO. 2:14-cv-8603 PA (JPRx)<br><br>**ORDER RE CONSENT JUDGMENT INCLUDING PERMANENT INJUNCTION AND VOLUNTARY ACTION OF DISMISSAL WITH PREJUDICE** |

**WHEREAS Plaintiffs PhD Marketing, Inc.** and **E-Hose Technologies LLC,** (collectively "Plaintiffs") have filed a Complaint charging **Defendant Vapor and Company LLC** ("Defendant" or "Vapor and Co.") Trademark Infringement, False Designations of Origin, and Unfair Competition under federal, state, and common law arising from Defendant's manufacture, production, distribution, promotion, advertisement, offering for sale, and/or sale of electronic hookahs bearing counterfeit reproductions of Plaintiffs' federally registered trademarks; and

**WHEREAS**, Plaintiffs own the following trademarks shown below (collectively "E-Hose Marks")

| Trademark | U.S. Reg./Serial No. | Class(es)/Goods |
|---|---|---|
| **E-HOSE** | 4,463,945 | Chemical flavorings in liquid form contained within a cartridge used to refill electronic cigarettes |
| **E-HOSE** | 4,456,664 | Cigarette tubes; Electric cigarettes; Electronic cigarette refill cartridges sold empty; Electronic cigars; Electronic hookahs; Hookah parts, namely, tube and hose; Hookah tobacco; Hookahs; Smokeless cigarette vaporizer pipe; Smoker's articles, namely, hookah charcoal. |
| SQUARE | 4, 005,820 | Electric cigarettes; Electric cigars ; Electric smoking pipes. |

**WHEREAS**, the parties herein have simultaneously entered into a Settlement Agreement and Mutual Release,

**WHEREAS**, the parties hereto desiring to fully settle all of the claims in this action among the parties to this Final Judgment; and

**WHEREAS**, Defendant has agreed to consent to the below terms of a permanent injunction, **IT IS HEREBY ORDERED** that:

1. This Court has jurisdiction over the parties to this Final Consent Judgment and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

2. Defendant and its agents, servants, employees and all persons in active concert and participation with it who receive actual notice of this Final Consent

Judgment are hereby permanently restrained and enjoined from:

    (a) Manufacturing, importing, advertising, marketing, promoting, supplying, distributing, offering for sale, or selling infringing products that bear the E-Hose Marks, or any other marks identical and/or confusingly similar thereto;

    (b) Delivering, holding for sale, returning, transferring or otherwise moving, storing or disposing in any manner products that bear the E-Hose Marks except as otherwise provided in the parties' confidential written Settlement Agreement;

    (c) Knowingly assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs 2(a) to 2(b) above.

3. Plaintiffs and Defendant shall bear their own costs and attorneys' fees associated with this action.

4. The execution of this Final Consent Judgment shall serve to bind and obligate the parties hereto. However, dismissal with prejudice of this action shall not have preclusive effect on those who are not a party to this action or who are not specifically released in the parties' written settlement agreement, all claims against whom Plaintiffs expressly reserve.

5. Except as otherwise provided herein, this action is fully resolved with prejudice.

**IT IS SO ORDERED.**

DATED: September 4, 2015

_____
Hon. Percy Anderson
**United States District Judge**